# Exhibit B

From: **Amy Minyard** <█████@bsc3pl.com>
Date: Wed, Mar 15, 2023 at 2:22 PM
Subject: Staffing agreement
To: Leslie Carter <lcarter@oninstaffing.com>


Leslie,


See attached signed agreement, if you could please sign your part and send back to me for our records.   Thanks so much


*Amy Minyard*

Director of Human Resources

**Bluegrass Supply Chain Services, LLC**

**Error! Hyperlink reference not valid.**

**Error! Hyperlink reference not valid.**

**Office:  (270)** ████  **Ext:**  ██

**Direct:  (270)** ████

**http://www.bluegrass-scs.com**





   



Addendum to revise terms for hours worked for associates onsite with Bluegrass Supply Chain

The below parties mutually understand and agree as follows:

1. All associates referred to Wise/OneSource by Bluegrass Supply Chain will be eligible for hire after 2 weeks worked (80 hours).
2. All associates will be eligible to be hire on with no conversion fee after 480 hours.

Bluegrass Supply Chain

Signature _Amy Ellingyard   Director of Human Services_

Date _3-15- 2023_

Wise Staffing Group

Signature_____

Date_____