# Exhibit C





March 16, 2023

Wise Staffing Group
414 North Gloster Street
Tupelo, MS  38804

RE:   **Your Employee:**      **Leslie Carter**
      **Non Compete Term:**   **March 3, 2023 - March 2, 2024**

Dear Wise Staffing Group:

I am the Director of People and Culture of Onin Staffing, LLC, based in Birmingham, Alabama.   I have been advised that **Wise Staffing Group** employs **Leslie Carter. Leslie** was employed by Onin Staffing through **March 3, 2023** as a **Selling Branch Manager** in **Bowling Green, KY.**

Please be advised that **Leslie** executed an Employment Agreement which specifically provided that:

*5. **Noncompetition, Confidentiality, Etc.** As part of the consideration for this Agreement, and specifically as consideration for the non competition covenant contained in this Agreement, Company agrees that:*

*Company will provide training and disclosures to Employee as provided in **Exhibit A**, which are designed to enhance Employee's value in the Temporary Services Business, with respect to aspects of Company's business methods and techniques applicable to Employee's job assignment.*

*As part of the consideration for this Agreement and to further induce Company to employ or continue to employ Employee as an at-will employee, to disclose Confidential Information to Employee, and to train Employee with respect to its Temporary Services Business (which Employee agrees will benefit Employee), Employee agrees that:*

*a) **Noncompetition and Confidentiality.** During the time the Employee is employed by Company and for a period of one (1) year after termination of such employment for any*

reason (the "Noncompete Term"), Employee will not either directly or indirectly, either alone or with others:

i) have any contact for commercial purposes that are competitive with Company with any client serviced or supervised by Employee;

ii) have any contact for commercial purposes that are competitive with Company with any present or past employee of Company with whom Employee has associated or had contact;

iii) use or make available to others for use except for the benefit of Company any Confidential Information obtained while an employee of Company or belonging to Company; or

iv) within a twenty-five (25) mile radius of any client location or Company office in which Company is doing business that was serviced or supervised by Employee, seek or take employment with or invest in or engage in any business that is competitive with Company whether as an individual, agent, employee, officer, director, partner, shareholder, investor, principal, consultant or any other capacity. Company agrees that employment by employee in the human resources department of an entity not providing temporary services will not be considered competitive with Company's business.

This letter places **Wise Staffing Group** on notice that it is tortiously interfering with our rights under that contract.  Under the laws of the **State of Alabama**, it is a tort for **Wise Staffing Group** to interfere with our business relationship and contractual relationship with **Leslie**.

Please be advised that if **Leslie** continues to violate the Employment Agreement with Onin Staffing, a lawsuit may be filed against both **Leslie** and **Wise Staffing Group** for damages.

If you have any questions concerning the enclosed document or our claim that **Leslie** is interfering with our business and contractual relationship on behalf of **Wise Staffing Group**, or if you have another suggestion as to how this issue may be resolved with **Leslie**, please do not hesitate to contact me.

Sincerely,

Rosalyn Lawson

Enclosure: Employment Agreement

cc:     Leslie Carter
        Jaclyn Ward