IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

| | |
|---|---|
| **ONIN STAFFING, LLC,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) ) No. 1:23-CV-00058-GNS |
| **LESLIE CARTER and** **WISE STAFFING SERVICES, INC.,** | ) ) ) |
| **Defendants.** | ) ) ) |

## AGREED ORDER GRANTING INJUNCTION

Plaintiff Onin Staffing, LLC ("Onin") and Defendants Leslie Carter ("Ms. Carter") and Wise Staffing Services, Inc. ("Wise") jointly request this Court enter an injunction pursuant to Federal Rule of Civil Procedure 65.

By agreement of the parties, as evidenced by the signatures of their respective counsel below, and the Court being otherwise sufficiently advised; **IT IS HEREBY ORDERED** that from May 4, 2023, the date the Court entered the Temporary Restraining Order in this case, through May 4, 2024 (the "Applicable Time Period"), that Ms. Carter is hereby **ENJOINED AND RESTRAINED** as follows:

1. Ms. Carter shall not disclose or share with any other person or entity Onin's Confidential Information, defined as its formulas, techniques, plans, marketing information, price lists, client backgrounds and evaluations, histories, processes, computer programs, supply resources, lists of clients or prospective employees and any employee's compensation, operating procedures and policies or prospective employees, business development and retention programs, and related trade secrets, know-how, research and development, which are secret or confidential

in character and which are used or will be used by Onin, its clients or suppliers or their affiliates in their businesses.

    2.    Ms. Carter shall not work for any competitor of Onin within a twenty-five (25) mile radius of Onin's Bowling Green, KY branch located at 1713 Scottsville Rd B, Bowling Green, KY 42104 (the "Restricted Area"), except that Ms. Carter may continue her work for Wise within the Restricted Area provided that she does not solicit or otherwise contact any client or prospective client located within the Restricted Area;

    3.    Ms. Carter shall not solicit the business of any Onin customer that she serviced during her employment with Onin on behalf of herself or anyone else, including Wise;

    a.    to the extent that any such Onin customer that Ms. Carter serviced during her employment with Onin reaches out to Ms. Carter during the Applicable Time Period, she is to respond to each outreach effort by stating that she cannot talk to them at this time due to an employment agreement with her prior employer.

With the entry of this Order, this case is **DISMISSED** with prejudice, each party to bear its own costs, with the exception that the Court retains jurisdiction over this matter to enforce the terms of this injunction if necessary.

    **IT IS SO ORDERED.**

**Have Seen And Agree:**

| | |
|---|---|
| */s/ Warren B. Lightfoot, Jr.* (w/permission) | */s/ Michael J. LaCourse* |
| Charles E. English, Jr. | Jay Inman |
| E. Kenly Ames | Michael J. LaCourse |
| ENGLISH LUCAS PRIEST & OWSLEY | LITTLER MENDELSON, P.S.C. |
| 1101 College Street | 333 West Vine Street, Suite 1720 |
| Bowling Green, KY 42101 | Lexington, KY 40507 |
| 270-781-6500 | Telephone: 859.317.7970 |
| benglish@elpolaw.com | Facsimile: 859.201.1250 |
| kames@elpolaw.com | Email: jinman@littler.com |
| | mlacourse@littler.com |
| and | |
| | and |
| Warren B. Lightfoot, Jr. | |
| Brock Phillips | Jimmy Brady |
| MAYNARD NEXSEN PC | HUIE, FERNAMBUCQ, & STEWART, LLP |
| 1901 Sixth Avenue North, Suite 1700 | 3291 US Highway 280, Suite 200 |
| Birmingham, AL 35203 | Birmingham, AL 35243 |
| 205-254-1000 | Telephone: 205.251.1193 |
| wlightfoot@maynardnexsen.com | Email: jbrady@huielaw.com |
| bphillips@maynardnexsen.com | *Pro Hac Vice Motion Forthcoming* |
| *Admitted Pro Hac Vice* | |
| | *Counsel for Defendants* |
| *Counsel for Plaintiff* | |

## CERTIFICATE OF SERVICE

I hereby certify that on this the 15th day of May, 2023, the foregoing has been filed via the electronic filing system. Notice of filing will be performed by the Court's electronic filing system, and the Parties may access the document through the electronic filing system.

                                                                                */s/ Michael J. LaCourse*
                                                                                 Counsel for Defendants